## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| H-D U.S.A., LLC, | Case No. 19-cv-07629 |
| Plaintiff, | **Judge Robert W. Gettleman** |
| v. | **Magistrate Judge Sidney I. Schenkier** |
| DLLL, et al., |  |
| Defendants. |  |

### FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff H-D U.S.A., LLC ("Harley-Davidson") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Harley-Davidson having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Harley-Davidson, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Harley-Davidson having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

1

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using infringing and counterfeit versions of the HARLEY-DAVIDSON Trademarks (a non-exclusive list of which is included in the chart below).

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 4,771,447 | HARLEY-DAVIDSON | July 14, 2015 | For: House mark for a full line of jewelry in class 014 |
| 3,690,031 | HARLEY-DAVIDSON | Sep. 29, 2009 | For: Non-luminous, non-mechanical tin signs, non-luminous, non-mechanical metal signs, tool boxes of metal, tool chests of metal, key rings of metal, and metal personal identification tags in class 006 |
| 3,490,890 | HARLEY-DAVIDSON | Aug. 26, 2008 | For: House mark for a line of motorcycles, structural parts for motorcycles and related motorcycle accessories, namely, seats, backrests, decorative fuel tank panels, transmission gears, fuel tanks, wheel sprockets, gear shifts, clutches, battery covers and straps, front rear, and intermediate kickstands, hub caps, shift knobs, foot rests and extensions, windshields, leg shields, fender tips, brake pedals, handlebar grips, safety guards, namely, bars for attachment to motorcycles, steering dampers, shock absorbers, spare wheels, spare wheel carriers, boot guards, namely, mud flaps and fenders, saddle covers, |

| | | | |
|---|---|---|---|
| | | | luggage carriers, license plate frames, handlebar cross bars, foot pedal pads, tank and fender pads, rearview, fenders and skirts, and wheel balance weights in class 012 |
| 3,393,840 | HARLEY-DAVIDSON | Mar. 11, 2008 | For: House mark for a full line of clothing, footwear and headwear in class 025 |
| 2,281,489 | HARLEY-DAVIDSON | Sep. 28, 1999 | For: Necklaces, bracelets, and watch bands in class 014 |
| 1,621,383 | HARLEY-DAVIDSON | Nov. 06, 1990 | For: Model toy motorcycles, miniature motorcycle replicas, model toy trucks, and electronically operated toy motorcycles in class 028 |
| 1,606,282 | HARLEY-DAVIDSON | Jul. 17, 1990 | For: Safety goggles, protective helmets and sunglasses in class 009 |
| 1,602,474 | HARLEY-DAVIDSON | Jun. 19, 1990 | For: Belt buckles in class 026 |
| 1,450,348 | HARLEY-DAVIDSON | Aug. 04, 1987 | For: metal articles, namely, key fobs, key chains and license plate holders in class 006<br><br>For: Knife sheaths in class 008<br><br>For: Necklaces, earrings, pins of non-precious metals, clocks and watches in class 014<br><br>For: Children's books, bumper stickers, removable tattoos, pressure sensitive decals, checkbook covers, and playing cards in class 016<br><br>For: Leather goods, namely, purses, wallets, duffle bags, motorcycle saddle bags, and key fobs in class 018<br><br>For: Mirrors in class 020 |

| | | | |
|---|---|---|---|
| | | | For: Mugs, drinking glasses, coasters, decanters, cups, and plastic mugs in class 021<br><br>For: Towels, and bed spreads in class 024<br><br>For: Sweat pants, sweaters, suspenders, scarves, bandanas, leather clothing, namely, jackets, vests, gloves, jeans, chaps, tops, boots, shorts, caps, belts, and parts of footwear, namely boot tips, in class 025<br><br>For: Stuffed toy animals, toy banks, and model kits in class 028<br><br>For: Cigarette cases, lighter cases, and cigarette lighters in class 034 |
| 1,311,457 | HARLEY-DAVIDSON | Dec. 25, 1984 | For: Repair and Servicing of Motorcycles in class 037<br><br>For: Retail store services in the field of motorcycles in class 042 |
| 1,234,404 | HARLEY-DAVIDSON | Apr. 12, 1983 | For: Sunglasses and Protective Helmets for Motorcyclists in class 009<br><br>For: Clothing-Namely, Jackets, Pants, Shirts, T-Shirts, Vests, Jeans, Riding Suits, Bandannas, Rain Suits, Shorts, Nightgowns, Halters, Underwear, Tank Tops, Sweatshirts, Night Shirts, Socks, Gloves, Hats, Caps and Boots in class 025 |
| 1,219,955 | HARLEY-DAVIDSON | Dec. 14, 1982 | For: Parts and service manuals for motorcycles, parts catalogs for motorcycles, newsletters and magazines dealing with motorcycles, calendars, posters, |

4

| | | | |
|---|---|---|---|
| | | | and decals in class 016 |
| 1,078,871 | HARLEY-DAVIDSON | Dec. 06, 1977 | For: Vehicles-namely, motorcycles in class 012 |
| 526,750 | **HARLEY~DAVIDSON** | Jun. 27, 1950 | For: Motorcycles and structural parts thereof; accessories-namely, intermediate stands, seats, foot rests and extensions, windshields, fender tips, exhaust stacks, grips, name plates, saddle covers, luggage carriers, license frames, foot pedal pads, tandem seats, foot rests, and rear view mirrors in classes 007, 012, 022, and 027 |
| 508,160 | HARLEY-DAVIDSON | Apr. 05, 1949 | For: Electric lamps and spare parts for same; spark plugs; and electric signs in classes 007, 009, 011, 012, and 015 |
| 507,163 | HARLEY-DAVIDSON | Mar. 01, 1949 | For: Motorcycle shirts; sweaters; breeches; neckties; coveralls; rain coats and hats; jackets; helmets; caps; and boots in class 025 |
| 1,708,362 | HARLEY | Aug. 18, 1992 | For: Embroidered patches for clothing in class 026 |
| 1,683,455 | HARLEY | Apr. 14, 1992 | For: Shirts, tank tops, boots, and sweatshirts in class 025 |
| 1,406,876 | HARLEY | Aug. 26, 1986 | For: Clothing; namely--tee shirts for men, women and children; knit tops for women and girls; and children's shirts in class 025 |
| 1,352,679 | HARLEY | Aug. 06, 1985 | For: Motorcycles in class 012 |
| 4,955,539 | HARLEY | May 10, 2016 | For: Watches, rings, bracelets, necklaces, earrings, pins being jewelry; jewelry, namely, wrist cuffs, pendants, charms and ride beads for making jewelry in class 014 |
| 1,793,137 | HARLEY OWNERS GROUP | Sep. 14, 1993 | For: Hunting knives, pocket knives and knife cases in class 008 |

5

| | | | |
|---|---|---|---|
| | | | For: Road atlases, newsletters, magazines relating to motorcycling, playing cards, and decals in class 016<br><br>For: Key fobs, luggage, tote bags, and travel bags in class 018<br><br>For: Plastic and ornamental pins and badges in class 020<br><br>For: Glasses, mugs, cups, and insulated can holders in class 021<br><br>For: Textile flags and banners in class 024<br><br>For: Clothing, namely, shirts, sweatshirts, t-shirts, caps, hats, jacket, vests, and bandanas in class 025<br><br>For: Belt buckles and ornamental patches in class 026 |
| 1,654,280 | HD | Aug. 20, 1991 | For: Jewelry, namely lapel pins, earrings, necklaces and bracelets in class 014 |
| 1,597,427 | HD | May 22, 1990 | For: Leather goods, namely, wallets and ladies' purses in class 018 |
| 2,315,877 | HD | Feb. 8, 2000 | For: Shirts, jackets, vests, T-shirts, nightgowns, sweatshirts, nightshirts, gloves, hats, leather gloves in class 025 |
| 1,534,449 | HD | Apr. 11, 1989 | For: Decorative cloth patches and belt buckles of non-precious metal in class 026 |
| 2,042,130 | HD | Mar. 4, 1997 | For: Cigarette lighters, cigarette cases not made of precious metals, and holders for cigarette lighters not made of precious metals in class 034 |

| 1,716,992 | HOG | Sep. 15, 1992 | For: Metal badges; figurines made of metal in class 006 |
|---|---|---|---|
| | | | For: Clocks, watches, jewelry of precious and non-precious metal, namely, pins, charms, earrings, bracelets, necklaces, and rings; ornamental lapel pins; ashtrays, cigarette cases and holders of cigarette lighters of precious metals; belt buckles of precious metal in class 014 |
| | | | For: Greeting cards, road atlas, posters, calendars, newsletters, books and magazines relating to motorcycling, paper banners relating to motorcycling, playing cards, decals, note paper, pens and pencils, checkbook clutches in class 016 |
| | | | For: Drinking steins; glassware, namely, plates, cup saucers, glasses and other containers for food and beverage; mugs, cups, insulated can holders, commemorative plates, toothbrushes, quencher cups and figurines made of ceramic, porcelain and glass; leather can, glass and mug holders in class 021 |
| | | | For: Flags and banners not of paper in class 024 |
| | | | For: Clothing, namely, shirts, sweatshirts, t-shirts, caps, hats, jackets, vests, socks, shoes, boots, scarves, belts, sweat pants, pants, bandanas, gloves, suspenders, chaps, rainsuits, and mittens in class 025 |
| | | | For: Belt buckles not of precious metals, ornamental pins and |

| | | | |
|---|---|---|---|
| | | | embroidered patches for clothing in class 026 |
| 1,263,936 |  | Jan. 17, 1984 | For: Medallions and non-luminous non-mechanical signs made primarily of metal and plastic in class 006<br><br>For: Sunglasses, battery chargers, protective motorcycle crash helmets and luminous signs in class 009<br><br>For: Electric lamps in class 011<br><br>For: Mud flaps, fuel door plates, air cleaners, radio caddies, motorcycle tank and fender sets, leather motorcycle bags and motorcycles in class 012<br><br>For: Jewelry - namely, necklaces, rings and key fobs in class 014<br><br>For: Posters, paper decals and playing cards in class 016<br><br>For: Wallets in class 018<br><br>For: Decorative wall plaques and mirrors in class 020<br><br>For: Mugs and insulated drinking steins in class 021 |
| | | | For: Towels in class 024<br><br>For: Clothing - namely, t-shirts, jackets, blue jeans, sweat shirts, underwear, bandanas, headwear, socks, boots, cycle riding suits, belts and suspenders in class 025<br><br>For: Embroidered patches, belt buckles and lapel, hat and stick |

| | | | |
|---|---|---|---|
| | | | pins all of nonprecious metals in class 026<br><br>For: Cigarette lighters in class 034 |
| 4,601,391 |  | Sep. 09, 2014 | For: Cell phone covers in class 009 |
| 3,559,365 |  | Jan. 13, 2009 | For: House mark for a line of motorcycles, structural parts for motorcycles, and related motorcycle accessories, namely, seats, backrests, decorative fuel tank panels, transmission gears, fuel tanks, wheel sprockets, gear shifts, clutches, battery covers and straps, front, rear, and intermediate kickstands, hub caps, shift knobs, foot rests and extensions, windshields, leg shields, fender tips, brake pedals, handlebar grips, safety guards, namely, bars for attachment to motorcycles, steering dampers, shock absorbers, spare wheels, spare wheel carriers, boot guards, namely, mud flaps and fenders, saddle covers, luggage carriers, license plate frames, handlebar cross bars, foot pedal pads, tank and fender pads, rearview mirrors, fenders and skirts, and wheel balance weights in class 012 |

| 3,393,839 |  | Mar. 11, 2008 | For: House mark for a full line of clothing, footwear and headwear in class 025 |
|---|---|---|---|
| 3,185,946 |  | Dec. 19, 2006 | For: Jackets, baseball hats, caps, shirts and T-shirts in class 025 |
| 1,711,882 |  | Sep. 01, 1992 | For: Embroidered patches for clothing in class 026 |
| 1,660,539 |  | Oct. 15, 1991 | For: Knives; namely, buck knives, sporting and hunting knives, folding pocket knives, knife cases therefor, and tool kits comprising wrenches and pliers in class 008<br><br>For: sunglasses, and motorcycle parts; namely, gauges, batteries, and cruise controls in class 009<br><br>For: Flashlights in class 011<br><br>For: motorcycles and motorcycle parts; namely, air cleaners, drive belts, belt guards, brakes, chains, clutches, crankcases, engine cylinders, fenders and fender supports, footboards, forks, fuel tanks, leg guards, handlebars, cylinder heads, mirrors, oil filters, oil pumps, seats, shock absorbers, |

|  |  |  | backrests, wheels, and windshields in class 012 |
|  |  |  | For: Ankle bracelets, bracelets, earrings, necklaces, rings, tie tacks, watch bands, watches, wall clocks, and ornamental lapel pins in class 014 |
|  |  |  | For: Books about motorcycles, calendars, decals, pens, photo albums, posters, and removable tattoos in class 016 |
|  |  |  | For: Holders for cans in the nature of a rubber cylinder, duffle bags, garment bags, key fobs, suitcases, and wallets in class 018 |
|  |  |  | For: Wall mirrors and wall plaques in class 020 |
|  |  |  | For: Drinking glasses, mugs, and can holders in the nature of an insulated rubber cylinder in class 021 |
|  |  |  | For: Towels in class 024 |
|  |  |  | For: Belts, chaps, denim pants, gloves, hats, caps, jackets, neckties, night shirts, pants, rain suits, shirts, socks, suspenders, sweaters, sweatshirts, tank tops, athletic shoes, shoes, boots, t-shirts, underwear, vests and wristbands in class 025 |
|  |  |  | For: Belt buckles not made of precious metal, boot chains, and embroidered patches for clothing in class 026 |
|  |  |  | For: Automobile floor mats in class 027 |

| | | | |
|---|---|---|---|
| | | | For: Toy trucks in class 028<br><br>For: Lighter holders, cigarette cases, lighter cases, and lighters, all of the foregoing not being made of precious metal in class 034 |
| 1,263,936 |  | Jan. 17, 1984 | For: Medallions and non-luminous non-mechanical signs made primarily of metal and plastic in class 006<br><br>For: Sunglasses, battery chargers, protective motorcycle crash helmets and luminous signs in class 009<br><br>For: Electric lamps in class 011<br><br>For: Mud flaps, fuel door plates, air cleaners, radio caddies, motorcycle tank and fender sets, leather motorcycle bags and motorcycles in class 012<br><br>For: Jewelry-Namely, Necklaces, Rings, and Key Fobs in class 014<br><br>For: Posters, paper decals and playing cards in class 016 |
| | | | For: Wallets in class 018<br><br>For: Decorative Wall Plaques and Mirrors in class 020<br><br>For: Mugs and Insulated Drinking Steins in class 021<br><br>For: Towels in class 024<br><br>For: Clothing-Namely, T-Shirts, Jackets, Blue Jeans, Sweat Shirts, |

| | | | |
|---|---|---|---|
| | | | Underwear, Bandanas, Headwear, Socks, Boots, Cycle Riding Suits, Belts and Suspenders in class 025<br><br>For: Embroidered patches, belt buckles and lapel, hat and stick pins all of non-precious metals in class 026<br><br>For: Cigarette lighters in class 034 |
| 1,205,380 |  | Aug. 17, 1982 | For: Motorcycles in class 012<br><br>For: Clothing-Namely, T-Shirts in class 025 |
| 1,224,868 |  | Jan. 25, 1983 | For: Decorative Items for Motorcycles-Namely, Medallions in class 006<br><br>For: Fitted Motorcycle Covers in class 012<br><br>For: Key Ring Fobs in class 014<br><br>For: General Purpose Decals; Decorative Items for Motorcycles-Namely, Decals, and Metallic Foil Decals in class 016<br><br>For: Drinking Cups and Mugs in class 021<br><br>For: Clothing-Namely, Jackets, T-Shirts, Tank Tops, Sweat Shirts, Bandannas, Hats, Caps, and Boots in class 025<br><br>For: Stick, Lapel, and Hat Pins, All of Nonprecious Metals, and Decorative Cloth Patches in class 026<br><br>For: Cigarette Lighters in class |

13

| | | | |
|---|---|---|---|
| | | | 034 |
| 2,376,674 | | Aug. 15, 2000 | For: Metal locks in class 006<br><br>For: Motorcycle parts, namely, spark plugs in class 007<br><br>For: Optical and safety equipment, namely, sunglasses and motorcycle helmets in class 009<br><br>For: Motorcycle parts, namely, mirrors, drive belts made of rubber, swing arm pivot covers, axle nut covers, handgrips, oil pump covers, air cleaner covers, derby covers, caliper covers, seats, brake pedals, motorcycle saddlebags, saddlebag liners, timer covers and fender tips in class 012<br><br>For: Jewelry in class 014<br><br>For: Leather goods, namely traveling bags and saddlery in class 018<br><br>For: Leather gloves in class 025 |
| 1,741,456 | | Dec. 22, 1992 | For: Embroidered patches and belt buckles not of precious metals in class 026 |
| 1,511,060 | | Nov. 01, 1988 | For: Clothing, namely, boots, sweat shirts, jeans, hats, caps, scarves, motorcycle riding suits, neck ties, shirts, t-shirts, jackets, vest, ladies tops, bandanas in class 025 |

14

| 3,447,304 |  | Jun. 17, 2008 | For: A full line of clothing in class 025 |
| 4,487,292 |  | Feb. 25, 2014 | For: Motorcycles and structural parts therefore in class 012 |
| 4,487,293 |  | Feb. 25, 2014 | For: Motorcycle modification and customization; providing a web site featuring information regarding motorcycle customization services; providing consultation services regarding motorcycle customization in class 037 |
| 3,697,874 |  | Oct. 20, 2009 | For: Motorcycles and structural parts therefor in class 012 |
| 3,697,875 |  | Oct. 20, 2009 | For: Shirts, hats, caps in class 025 |

| 3,074,276 |  | Mar. 28, 2006 | For: Metal key chains in class 006 |
| 3,018,481 |  | Nov. 22, 2005 | For: Ornamental novelty pins in class 026 |
| 2,979,002 |  | Jul. 26, 2005 | For: Drinking glasses, mugs, and beverage glassware in class 021 |
| 2,973,501 |  | Jul. 19, 2005 | For: Bandannas, jackets, shirts, caps, hats, T-shirts, and leather jackets in class 025 |

| 4,601,394 |  | Sep. 09, 2014 | For: Cell phone covers in class 009 |
| 3,304,863 |  | Oct. 02, 2007 | For: Metal key fobs and non-luminous and non-mechanical metal signs in class 006 |
| 4,844,360 |  | Nov. 03, 2015 | For: Parts of motorcycles, excluding parts of all motors and engines, namely, derby covers, air cleaner trim, timer covers, battery cover band, fuel caps, brake caliper inserts, fender skirts, console doors, head lamp visors, medallions, foot pegs, gearshift linkages, foot board covers, handlebar clamps, hand grips, fuel gauges, guard rail inserts, axle nut covers, breather end cap, valve stem caps, foot boards, turn signal visors, pivot bolt covers, tank panel, fender tip lens kit, console insert, air cleaner cover, decorative end caps, mirrors and mounting hardware for the aforesaid goods in class 012 |

17

| 4,771,442 |  | Jul. 14, 2015 | For: A full line of jewelry in class 014 |
| 4,528,269 |  | May 13, 2014 | For: Jewelry, namely, earrings, necklaces in class 014 |
| 4,465,604 |  | Jan. 14, 2014 | For: Clothing, namely, shirts, hats, caps, belts, jackets, gloves, sweatshirts, lounge pants, and wrist bands in class 025 |
| 4,465,650 |  | Jan. 14, 2014 | For: Motorcycles and structural parts therefor in class 012 |
| 5,346,467 | DAYMAKER | Nov. 28, 2017 | For: Motorcycle headlamp in class 011 |

| | | | |
|---|---|---|---|
| 1,316,576 | EAGLE IRON | Jan. 29, 1985 | For: Motorcycle electrical parts, namely, coils, brushes, armatures, generators in class 007<br><br>For: Motorcycle parts, namely gear shafts, starters, clutches, sprockets, battery covers and straps, air cleaners and filters in class 012 |
| 3,818,854 | FAT BOY | Jul. 13, 2010 | For: Non-luminous, non-mechanical tin signs, non-luminous and non-mechanical metal signs in class 006 |
| 5,346,443 | FXRG | Nov. 28, 2017 | For: Helmets in class 009 |
| 5,493,726 | FXRG | Jun. 12, 2018 | For: Eyewear, body armor in class 009 |
| 2,530,093 | FXRG | Jan. 15, 2002 | For: Jackets, coats, suits, gloves and pants in class 025 |
| 5,770,303 | FXRG | June 4, 2019 | For: Clothing, namely, sweaters, jackets, scarves, bandannas, vests, jeans, pants, chaps, shirts, caps, hats, headgear for wear, belts, wristbands, coveralls, trousers, rain suits, rain coats, T-shirts, head bands, neck gators, socks, leg warmers, mittens, leather clothing, bibs; footwear, namely, shoes and boots in class 025. |
| 2,817,659 | MOTORCLOTHES | Feb. 24, 2004 | For: Clothing, namely belts, coats, jackets, caps, hats, head wear, knit hats, gloves, jeans, pants, chaps, shorts, shirts, sweaters, halter tops, tank tops, T-shirts, sweatshirts, sweat pants, head bands, leather coats, leather jackets, leather pants,<br>leather chaps, leather vests, nightgowns, night shirts, pajamas, rain coats, rain suits, scarves, lingerie, underwear, vests, and |

19

| | | | wristbands; footwear; namely, shoes and boots in class 025 |
|---|---|---|---|
| 3,734,072 | SCREAMIN' EAGLE | Jan. 5, 2010 | For: Caps, jackets, shirts, and sweatshirts; t-shirts in class 025 |
| 1,434,821 | WILLIE G | Mar. 31, 1987 | For: Jackets in class 025 |
| 2,892,609 |  "Orange Stripe Design" (a wide orange stripe outlined by two narrow stripes) | Oct. 12, 2004 | For: Clothing, namely jackets, shirts in class 025 |
| 3,110,597 | STREET BOB | Jun 27, 2006 | For: Motorcycles and motorcycle structural parts in class 012 |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

a. using the HARLEY-DAVIDSON Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Harley-Davidson product or not authorized by Harley-Davidson to be sold in connection with the HARLEY-DAVIDSON Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Harley-Davidson product or any other product produced by Harley-Davidson, that is not Harley-Davidson's or not produced under the authorization, control or supervision of Harley-Davidson and approved by Harley-Davidson for sale under the HARLEY-DAVIDSON Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Harley-Davidson, or are sponsored by, approved by, or otherwise connected with Harley-Davidson;

d. further infringing the HARLEY-DAVIDSON Trademarks and damaging Harley-Davidson's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Harley-Davidson, nor authorized by Harley-Davidson to be sold or offered for sale, and which bear any of Harley-Davidson's trademarks, including the HARLEY-DAVIDSON Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Harley-Davidson's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defendant Internet Stores including, without limitation, any online marketplace platforms such as eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate, (collectively, the "Third Party Providers") shall, within three (3) business days of receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the HARLEY-DAVIDSON Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Harley-Davidson is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit HARLEY-DAVIDSON Trademarks on products sold through at least the Defendant Internet Stores. The five hundred thousand dollar ($500,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

4. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Wish.com, and Amazon Pay, shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

5. All monies, up to the above identified statutory damages award, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal Alipay, Wish.com, and Amazon Pay, are hereby released to Harley-

Davidson as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, are ordered to release to Harley-Davidson the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

6. Until Harley-Davidson has recovered full payment of monies owed to it by any Defaulting Defendant, Harley-Davidson shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, shall within two (2) business days:

   a. locate all accounts and funds connected to Defaulting Defendants or the Defendant Internet Stores, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Adraea M. Brown, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Harley-Davidson as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

7. In the event that Harley-Davidson identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Harley-Davidson may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses

identified in Exhibit 3 to the Declaration of Adraea M. Brown and any e-mail addresses provided for Defaulting Defendants by third parties.

8. The ten thousand dollar ($10,000) surety bond posted by Harley-Davidson is hereby released to Harley-Davidson or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Harley-Davidson or its counsel.

This is a Final Judgment.

DATED: February 18, 2020

Robert W. Gettleman
United States District Judge

H-D U.S.A., LLC v. DLLL, et al. - Case No. 19-cv-7629

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | DLLL | 2 | LILILEO |
| 3 | DISMISSED | 4 | DISMISSED |
| 5 | UNAPHYOstore | 6 | DISMISSED |
| 7 | admoto303 | 8 | colordiamond818 |
| 9 | DISMISSED | 10 | elepassingone |
| 11 | DISMISSED | 12 | DISMISSED |
| 13 | DISMISSED | 14 | DISMISSED |
| 15 | menjewelrymart | 16 | qwee825 |
| 17 | rowlin_7 | 18 | sunshine78168 |
| 19 | supmotor | 20 | DISMISSED |
| 21 | DISMISSED | 22 | Alitingting |
| 23 | alldiscount97 | 24 | DISMISSED |
| 25 | Anna | 26 | ANNIJS11 |
| 27 | aqouyt store | 28 | Art of Living |
| 29 | DISMISSED | 30 | baezhun352973 |
| 31 | baohaixia | 32 | Billion world |
| 33 | BlueSkyes | 34 | Business OnLine |
| 35 | DISMISSED | 36 | chenqi fashion |
| 37 | cjl20060602 | 38 | CURREN |
| 39 | czh19830814 | 40 | Daily trade |
| 41 | Decorated World | 42 | dengxuanying |
| 43 | dfzdfsd store | 44 | dgzyp |
| 45 | enzcicci | 46 | feifeijgf |
| 47 | fenguansocks | 48 | DISMISSED |
| 49 | fengxue fashion | 50 | fftu_company |
| 51 | gonggao fashion | 52 | gongxifacaiyiluchanghon898989123 |
| 53 | Good friend trade | 54 | gufan fashion |
| 55 | hahahaxiaopu | 56 | DISMISSED |
| 57 | haxixiaopu | 58 | hehui fashion |
| 59 | hua fashion | 60 | HuangYueDong |
| 61 | DISMISSED | 62 | Jackim boutique |
| 63 | DISMISSED | 64 | DISMISSED |
| 65 | kuailedeshayatou | 66 | lihangliang fashion |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 67 | Lina Gwinn | 68 | linyu fashion |
| 69 | longtong fashion | 70 | Luckly fellow |
| 71 | DISMISSED | 72 | luoteng |
| 73 | luoxingrong fashion | 74 | luxury watch fashion |
| 75 | Make Life More Easy | 76 | mashuai fashion |
| 77 | mayuqing fashion | 78 | mayuyu11365 |
| 79 | more-items | 80 | MT_shop |
| 81 | nosame | 82 | OBD Home living museum |
| 83 | oijnbkj Friday | 84 | OneandOne |
| 85 | parmacist | 86 | puan fashoin |
| 87 | qianyilai fashion | 88 | Qp&Wq |
| 89 | R&YClothing | 90 | ren fashion |
| 91 | renchangren fashion | 92 | rtuhgm Friday |
| 93 | DISMISSED | 94 | Shenzhen Jin shengtian trade development co., LTD |
| 95 | shichang8888 | 96 | shirechain |
| 97 | shuijing520 | 98 | Star Commodity Store |
| 99 | State Laughter | 100 | SUNSHAIR |
| 101 | Sweetandfragrant | 102 | TaggJewellery |
| 103 | DISMISSED | 104 | tinger fashion |
| 105 | vbjnnkh store | 106 | everydayshopping_mall |
| 107 | wangxiaomei fashion | 108 | wanqin fashion |
| 109 | World Service Store | 110 | xiaomingzhang wholeshop |
| 111 | xiaoxia fashion | 112 | XiaoXiaoShangMaoStore |
| 113 | Xinxin Garment Cidade | 114 | DISMISSED |
| 115 | xujian fashion | 116 | Yangchen thrift |
| 117 | yangcui fashion | 118 | yexian fashion |
| 119 | yifang fashion | 120 | Yiwu coffeebeans Import and Export Co.Ltd |
| 121 | ymyclx | 122 | ymymy |
| 123 | DISMISSED | 124 | YYFshop |
| 125 | zhangangong fashion | 126 | zhiping fashion |
| 127 | zxqdxd | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | amazon.com/sp?marketplaceID=&seller=A1MHE8OX3UPZWE | 2 | amazon.com/sp?marketplaceID=A1NOWLB3S8RPB&seller=A37N904EQ7A63C |
| 3 | DISMISSED | 4 | DISMISSED |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 5 | amazon.com/sp?seller=amazon.com/sp?seller=A31UBZ6Q5MHKK5 | 6 | DISMISSED |
| 7 | ebay.com/usr/admoto303 | 8 | ebay.com/usr/colordiamond818 |
| 9 | DISMISSED | 10 | ebay.com/usr/elepassingone |
| 11 | DISMISSED | 12 | DISMISSED |
| 13 | DISMISSED | 14 | DISMISSED |
| 15 | ebay.com/usr/menjewelrymart | 16 | ebay.com/usr/qwee825 |
| 17 | ebay.com/usr/rowlin_7 | 18 | ebay.com/usr/sunshine78168 |
| 19 | ebay.com/usr/supmotor | 20 | DISMISSED |
| 21 | DISMISSED | 22 | wish.com/merchant/5d43bd1072b0c95a80cffaed |
| 23 | wish.com/merchant/5d4aa53091b72f4900dde179 | 24 | DISMISSED |
| 25 | wish.com/merchant/54e416d5cffbbb18789ada8d | 26 | wish.com/merchant/5d3ef4dc72b0c9479b1ea426 |
| 27 | wish.com/merchant/541da1112754c838524f953c | 28 | wish.com/merchant/574a89cccf69645c9adb2ebb |
| 29 | DISMISSED | 30 | wish.com/merchant/5aab75a0beed120f21b5b921 |
| 31 | wish.com/merchant/5b4f3b011fad502fec6cd64f | 32 | wish.com/merchant/58d3d42699637874fd9ed9a4 |
| 33 | wish.com/merchant/58ce9bcf5724ec50958ce5d3 | 34 | wish.com/merchant/56ce9ad6df108f20d29fe969 |
| 35 | DISMISSED | 36 | wish.com/merchant/5417cb4a7541ce70a3af954f |
| 37 | wish.com/merchant/5777be717c4ab274dced9eb5 | 38 | wish.com/merchant/55e6ba475f860a424d325adc |
| 39 | wish.com/merchant/5748722b3a698c1152fee3df | 40 | wish.com/merchant/579ae4b22b61d645c786f98a |
| 41 | wish.com/merchant/583c340124b24f1b82600ee6 | 42 | wish.com/merchant/587dcc1783eee74deab3066a |
| 43 | wish.com/merchant/5420359782b9ac03a443be27 | 44 | wish.com/merchant/5d3a99ebe13a7e16c247801c |
| 45 | wish.com/merchant/583d6fc315914502c6937c93 | 46 | wish.com/merchant/5b0d111a01287549a176eed4 |
| 47 | wish.com/merchant/5b2680a243b3b65e1740d8c4 | 48 | DISMISSED |
| 49 | wish.com/merchant/541e41a282b9ac03a443a35c | 50 | wish.com/merchant/59d4dc2e5d6f342ab1216d6a |
| 51 | wish.com/merchant/542212b29719cd43f5a6733c | 52 | wish.com/merchant/5d511b868388975 4c2e79429 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 53 | wish.com/merchant/57d753a3d36a2a095724d360 | 54 | wish.com/merchant/54198d2b4ad3ab50de52e4c7 |
| 55 | wish.com/merchant/5a8978d30e63fa125d22869c | 56 | DISMISSED |
| 57 | wish.com/merchant/5ab0bed018d9217c2b1e6aa8 | 58 | wish.com/merchant/541a8bcf82b9ac25eae7685f |
| 59 | wish.com/merchant/540980137f086e179d87d261 | 60 | wish.com/merchant/57d3ddb4c166de4b0bd88add |
| 61 | DISMISSED | 62 | wish.com/merchant/5639bce292ede9254809c352 |
| 63 | DISMISSED | 64 | DISMISSED |
| 65 | wish.com/merchant/5969a89b37635d0df6603a12 | 66 | wish.com/merchant/541664e3f8abc8798977475d |
| 67 | wish.com/merchant/5835cbc2e88f6352e767019e | 68 | wish.com/merchant/541d72787541ce459fe7b5eb |
| 69 | wish.com/merchant/541be6439719cd08ed2091a2 | 70 | wish.com/merchant/5d3b0e0672b0c9408a6b8fb0 |
| 71 | DISMISSED | 72 | wish.com/merchant/5928f3823c5b737e34437b42 |
| 73 | wish.com/merchant/541acee082b9ac25f3e775a3 | 74 | wish.com/merchant/5ac5e38c81260b54f1690292 |
| 75 | wish.com/merchant/5d5baac22736783a8017365f | 76 | wish.com/merchant/54155043f8abc8797777308a |
| 77 | wish.com/merchant/541bec529719cd08f920920d | 78 | wish.com/merchant/5a0eb02a9fbc513080300e63 |
| 79 | wish.com/merchant/5963088fc6cee87e4c3c2c87 | 80 | wish.com/merchant/59ea06360ec30f5f6954982f |
| 81 | wish.com/merchant/54488a7215133772b22acfa5 | 82 | wish.com/merchant/594cce2e7fe2415a84560b39 |
| 83 | wish.com/merchant/5420380d7541ce4593e7d52b | 84 | wish.com/merchant/5a3f722b149ff8525b04b91e |
| 85 | wish.com/merchant/576d1b2fd4e1856bb3928aea | 86 | wish.com/merchant/541c15a69719cd08fc20961b |
| 87 | wish.com/merchant/540b1c881d2d4312907a6ec9 | 88 | wish.com/merchant/5af66400c197401d871e32b4 |
| 89 | wish.com/merchant/5d440d054c02552d6a26a4b9 | 90 | wish.com/merchant/54097d42c5c24660b1516a63 |
| 91 | wish.com/merchant/541c12799719cd0902209699 | 92 | wish.com/merchant/541e26847541ce4590e7b87f |
| 93 | DISMISSED | 94 | wish.com/merchant/5653b90fa9a8a407b6894edd |

28

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|-----|---------------------------|-----|---------------------------|
| 95 | wish.com/merchant/5a0ab8afe6503302719259fd | 96 | wish.com/merchant/5cb7c9a27382fd28e1ca957e |
| 97 | wish.com/merchant/5a6d4c36471c1430a08b3474 | 98 | wish.com/merchant/5d425cc6838897759246e615 |
| 99 | wish.com/merchant/588209a0dae1265ba0806ad2 | 100 | wish.com/merchant/546a29355f313f0ec0b7b79c |
| 101 | wish.com/merchant/5adfeaa72fbbdc680e9c878c | 102 | wish.com/merchant/579719cf629c38090bb3dbed |
| 103 | DISMISSED | 104 | wish.com/merchant/540fb5a07a9eb4242b29e4f4 |
| 105 | wish.com/merchant/5420424482b9ac039c43bf47 | 106 | wish.com/merchant/5606b32e3a698c35b66ef2e7 |
| 107 | wish.com/merchant/541910f17541ce28d3c2db5f | 108 | wish.com/merchant/541e40792754c8384f4f9804 |
| 109 | wish.com/merchant/56964485ca158861a3a6da43 | 110 | wish.com/merchant/54154811f8abc8797a772fc7 |
| 111 | wish.com/merchant/540bb7871d2d4312967a708a | 112 | wish.com/merchant/5b5bdb75fd4cfa26d0b80b22 |
| 113 | wish.com/merchant/552fd05e0ed2a10bfff5c2cf | 114 | DISMISSED |
| 115 | wish.com/merchant/541d26432754c8384f4f8c18 | 116 | wish.com/merchant/5d5a8f8133f0b443bebfddbb |
| 117 | wish.com/merchant/541ce93b82b9ac6cef998d33 | 118 | wish.com/merchant/540c15037a9eb4398c9222e9 |
| 119 | wish.com/merchant/540c16607f086e6cc0c64fab | 120 | wish.com/merchant/56604964769a5629a5fcad18 |
| 121 | wish.com/merchant/59d87f40eea5c51a8810762f | 122 | wish.com/merchant/5996a7f990a0f13d1aa90a00 |
| 123 | DISMISSED | 124 | wish.com/merchant/59a6dc0c8f545e424dc313e6 |
| 125 | wish.com/merchant/541d3fc9f8abc805f72c852f | 126 | wish.com/merchant/540af9d6c5c246306719cfd5 |
| 127 | wish.com/merchant/5ae5546db125ab2c88503786 | | |